**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01636-CV

**CURBED.COM, LLC AND SARAH FIRSHEIN, Appellants**

**V.**

**DR. RICHARD MALOUF AND LEANNE MALOUF, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 10, 2013, we notified the County Clerk that the clerk's record was overdue and directed the County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the County Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

John Warren, Dallas County Clerk.

/s/      ELIZABETH LANG-MIERS
JUSTICE